UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00243-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE LUIS HERNANDEZ-MARTINEZ, aka Pechitos,
2. JAVIER HERNANDEZ-MARTINEZ, aka Pepe,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material To Defendant Jose Luis Hernandez-Martinez and his Attorney, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).  Having reviewed the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same.  Accordingly, it is

ORDERED that the Government's Motion to Disclose Grand Jury Material To Defendant [ECF No. 30] filed March 7, 2014 is **GRANTED.**  It is

FURTHER ORDERED that grand jury testimony and grand jury documents may be disclosed to Defendant and his attorney in the course of discovery in this case.  It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant Jose Luis Hernandez-

Martinez and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: April 23, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE